997 A.2d 229

FREDERICK VOSS, PLAINTIFF–RESPONDENT, v. KRISTOFFE J. TRANQUILINO, JAIME A. TRANQUILINO, TIFFANY'S RES- TAURANT, ABC CORP., 1–5 (FICTITIOUS NAMES AS TRUE NAMES ARE UNKNOWN), ET AL., DEFENDANTS, AND TIF- FANY'S RESTAURANT, DEFENDANT–MOVANT.

July 12, 2010.

This matter having been duly presented to the Court, it is ORDERED that the motion for leave to appeal is granted.